**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   LORRAINE PLACIDO,                          No. C 09-00668 WHA
11           Plaintiff,
12     v.                                       **ORDER RE DEFENDANT'S**
                                                **SUGGESTION OF**
13   THE PRUDENTIAL INSURANCE                   **BANKRUPTCY**
     COMPANY OF AMERICA; NORTEL
14   NETWORKS LONG TERM DISABILITY
     PLAN,
15
16           Defendants.
                                           /
17
18           The Court is in receipt of defendant's suggestion of bankruptcy and applicability of the
19   automatic stay under 11 U.S.C. 362.  Defendant indicates that Nortel Networks Inc. and several
20   affiliated entities have filed a petition for bankruptcy.  Both sides should respond by the dates
21   set forth below and address the extent to which the automatic stay provision applies to each of
22   the defendants named in this action.  If the stay provision does not apply to all defendants, the
23   filings should provide any reasons why this case should not proceed as to any defendant not
24   governed by the stay.  All parties should submit a brief addressing these issues (limited to five
25   pages), by **MARCH 27, 2009**.  Defendants may respond jointly or separately.  The parties may, if
26   they wish, file a response thereto (limited to three pages), by **APRIL 1, 2009**.
27
28   Dated:  March 20, 2009.
                                           _____
                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE