Glenn R. Kantor - State Bar No. 122643
  Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
LORRAINE PLACIDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PLACIDO,<br><br>  Plaintiff,<br><br>VS.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO: CV 09-0668 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: October 15, 2009<br>TIME: 11:00 A.M.<br><br>The Honorable William ~~X~~ Alsup |

   Plaintiff, Lorraine Placido, and defendants, The Prudential Insurance Company of America and Nortel Networks Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that the Scheduling Conference scheduled by the Court for October 15, 2009 at 11:30 a.m. be continued to October 22, 2009, or to a date the Court finds convenient.


Stipulation and [Proposed] Order Continuing Case Management Conference

1

Good cause exists for this continuance as Plaintiff's lead counsel will be out of the State.

IT IS SO STIPULATED.

DATED: October 8, 2009                    KANTOR & KANTOR LLP

                                          By: */S/ Glenn R. Kantor*
                                          GLENN R. KANTOR
                                          ATTORNEYS FOR PLAINTIFF
                                          LORRAINE PLACIDO

DATED: October 8, 2009                    BARGER & WOLEN LLP

                                          By: */S/ Scott E. Calvert*
                                          SCOTT E. CALVERT
                                          ATTORNEYS FOR DEFENDANT
                                          PRUDENTIAL INSURANCE CO.
                                          OF AMERICA

DATED: October 8, 2009                    FORD & HARRISON LLP

                                          */S/ Steven M. Kroll*
                                          By:
                                          STEVEN M. KROLL
                                          ATTORNEYS FOR DEFENDANT
                                          NORTEL NETWORKS LONG
                                          TERM DISABILITY PLAN

**\*\*ORDER\*\***

Based on the mutual understanding set forth in the Stipulation of the parties to extend the Scheduling Conference in this matter, and this Court finding good cause shown, the conference is now set for October 22, 2009.

IT IS SO ORDERED.

DATED: October 8, 2009.

The Honorable William H. Alsup
United States District Judge



Stipulation and [Proposed] Order Continuing Case Management Conference