Glenn R. Kantor, Bar No. 122643
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
LORRAINE PLACIDO

Steven M. Kroll, Bar No. 216196
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
E-mail: skroll@fordharrison.com

Attorneys for Defendant
NORTEL NETWORKS LONG TERM
DISABILITY PLAN

Robert J. McKennon, Bar No. 123176
Scott E. Calvert, Bar No. 210787
BARGER & WOLEN LLP
19800 MacArthur Blvd., 8th Floor
Irvine, CA 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313
E-mail: rmckennon@bargerwolen.com
E-mail: scalvert@bargerwolen.com

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PLACIDO,<br><br>            Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. CV 09-0668 WHA<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO LIFT STAY AND RELATED BRIEFING DEADLINES; [PROPOSED] ORDER**<br><br>DATE:    January 7, 2010<br>TIME:    8:00 a.m.<br>CTRM:   9<br>[LOCAL RULES 6-1(B) AND 6-2] |

TO THE HONORABLE WILLIAM ALSUP AND THE COURT CLERK:

1. WHEREAS, Plaintiff, Lorraine Placido, and Defendants, The Prudential Insurance Company of America and Nortel Networks Long Term Disability Plan, by and through their respective counsel of record, hereby request and stipulate that the hearing on Plaintiff's Motion to Lift Stay scheduled for January 7, 2010 at 8:00 a.m. be continued to January 21, 2010, at 8:00 a.m.

2. WHEREAS, pursuant to Northern District Local Rule 6-1(b), the parties may stipulate to extend the hearing date, as long as the request is filed no later than 14 days before the scheduled event.

3. WHEREAS, this stipulation is submitted 14 days before the hearing date of January 7, 2010, as required by Local Rule 6-1(b).

4. WHEREAS, a brief postponement of the hearing date will not impact other case management dates, as the action is currently stayed pursuant to this Court's April 3, 2009 Order.

5. WHEREAS, good cause exists for this brief continuance as Plaintiff's counsel and the Plan's counsel have been and will be out of the office on business and due to the holidays, the Plan's counsel has been out of the office due to sickness, and the offices of Nortel will be closed during the holidays.

6. WHEREAS, the hearing date on Plaintiff's Motion to Lift the Stay has not been changed or previously extended.

7. WHEREAS, the changing of the hearing date affects the deadlines for Defendants to submit their Opposition to Plaintiff's Motion to Lift the Stay, and the deadline for Plaintiff to file her reply, such that Opposition briefs will be due on December 31, 2009, and Plaintiff's Reply brief will be due on January 7, 2010.

///
///
///
///

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, THAT:

A. The hearing date on Plaintiff's Motion To Lift The Stay shall be continued from January 7, 2010 at 8:00 a.m. to January 21, 2010 at 8:00 a.m.

B. Opposition briefs will be due on December 31, 2009, and Plaintiff's Reply brief will be due on January 7, 2010.

IT IS SO STIPULATED

Dated: December 17, 2009          FORD & HARRISON LLP


By: /s/ Steven M. Kroll
Steven M. Kroll
Attorney for Defendant
NORTEL NETWORKS LONG
TERM DISABILITY PLAN

Dated: December 17, 2009.         KANTOR & KANTOR, LLP


By: /s/ Glenn R. Kantor
Glenn R. Kantor
Niamh H. Doherty
Attorneys for Plaintiff
LORRAINE PLACIDO

Dated: December 17, 2009.         BARGER & WOLEN LLP


By: /s/ Robert J. McKennon
Robert J. McKennon
Scott Calvert
Attorneys for Defendant
THE PRUDENTIAL
INSURANCE COMPANY OF
AMERICA

## **ORDER**

Based on the mutual understanding set forth in the stipulation of the parties to extend the hearing date set for plaintiff's motion to Lift the Stay, and this Court finding good cause shown, the hearing date is now set for January 21, 2010, at 8:00 a.m. The Defendants' Opposition briefs should be filed no later than December 31, 2009, and Plaintiff's Reply Brief should be filed no later than January 7, 2010

IT IS SO ORDERED.

DATED: December 18, 2009.



The Honorable William Alsup
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Elsa Lanz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On December 17, 2009, I served a copy of the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO LIFT STAY AND RELATED FILING DEADLINES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Glenn R. Kantor, Esq.<br>Niamh E. Doherty, Esq.<br>KANTOR & KANTOR, LLP<br>19839 Nordhoff Street<br>Northridge, CA 91324<br>Telephone: (818) 886-2525<br>Facsimile: (818) 350-6272<br>gkantor@kantorlaw.net<br>ndoherty@kantorlaw.net<br><br>*Attorneys for Plaintiff LORRAINE PLACIDO* | Robert John McKennon<br>Barger & Wolen LLP<br>19800 MacArthur Boulevard<br>8th Floor<br>Irvine, CA 92612<br>Telephone: (949) 757-2800<br>Facsimile: (949) 752-6313<br>rmckennon@bargerwolen.com<br><br>*Attorneys for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 17, 2009, at Los Angeles, California.

*Elsa Lanz* (signature)
Elsa Lanz