1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PLACIDO,

       Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; NORTEL
NETWORKS LONG TERM DISABILITY
PLAN,

       Defendants.

_____/

No. C 09-00668 WHA

**ORDER DENYING
CONTINUANCE OF HEARING
ON MOTION TO LIFT STAY**

      Plaintiff has filed a motion to lift the stay in this action that was originally noticed for

hearing on January 7, 2010. On December 17, 2009, an order approved the parties' stipulation

to continue the hearing on this motion until January 21, 2010. Now the parties have filed

another stipulation seeking to continue the hearing on this motion for another two weeks. For

lack of good cause shown, the request is **DENIED**. The hearing shall be held as scheduled at

**8:00 A.M. ON JANUARY 21, 2010.**

      **IT IS SO ORDERED.**

Dated: January 20, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE