IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PLACIDO,

    Plaintiff,

  v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,

    Defendants.
                                /

No. C 09-00668 WHA

**ORDER RE SUBMISSION OF ADMINISTRATIVE RECORD**

The case management order of January 22, 2010, set a deadline of April 18, 2010, for defendants to file the "administrative record" and its motion for summary judgment in this matter. This deadline is hereby continued to **APRIL 19, 2010.** The motion for summary judgment shall be heard on a 35-day track. In all other respects, the schedule set in the case management order of January 22, 2010, remains in effect.

**IT IS SO ORDERED.**

Dated: February 12, 2009.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE