IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PLACIDO,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,<br><br>    Defendants.<br>                                                                    / | No. C 09-00668 WHA<br><br>**ORDER GRANTING IN PART DEFENDANTS' REQUEST FOR EXTENSION TO FILE ADMINISTRATIVE RECORD AND MOTION FOR SUMMARY JUDGMENT** |

In this action to recover benefits under the Employment Retirement Income Security Act of 1974, defendants requests a two-month extension of the deadline to file the administrative record and their motion for summary judgment in this matter, which was set for April 19, 2010 in a February 12 order. Defendants state that they need additional time to assess the evidence and issues relating to their motion for summary judgment, locate relevant plan documents, review the administrative record, and locate relevant witnesses. Plaintiff stipulates to defendants' request.

Defendants' request is **GRANTED IN PART**. The deadline to file the administrative record

and motion for summary judgment is extended to **MAY 10, 2010.**  This three-week extension provides ample time for defendants to complete all tasks described in their request for extension..

**IT IS SO ORDERED.**

Dated:  April 14, 2010

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE