IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PLACIDO,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NORTEL NETWORKS LONG TERM DISABILITY PLAN,

    Defendant.
                                   /

AND RELATED COUNTERCLAIMS.
                                   /

No. C 09-00668 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **JULY 8, 2010, AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

    **IT IS SO ORDERED.**

Dated: June 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE