IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PLACIDO,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NORTEL NETWORKS LONG TERM DISABILITY PLAN,

    Defendants.
                        /

AND RELATED COUNTERCLAIMS.
                        /

No. C 09-00668 WHA

**ORDER CONTINUING HEARING RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE**

On June 21, the hearing for defendants' motion for summary judgment in this action was continued by the Court from July 1, 2010, to July 8, 2010. Due to the unavailability of plaintiff's counsel on July 8, the parties have stipulated to request that the hearing be continued to July 22. For good cause shown, the request is **GRANTED**. The hearing on defendants' motion for summary judgment shall be continued to **JULY 22, 2010, AT 8:00 A.M.** The further case management conference scheduled for July 8 shall be continued to **JULY 22, 2010, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 23, 2010.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE