IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE PLACIDO,

    Plaintiff,

  v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, NORTEL NETWORKS LONG TERM DISABILITY PLAN,

    Defendants.

AND RELATED COUNTERCLAIMS.

No. C 09-00668 WHA

**JUDGMENT**

For the reasons stated in the accompanying order re summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE